**SECOND DIVISION**
**MILLER, P. J.,**
**DOYLE, P. J., and REESE, J.**

**NOTICE: Motions for reconsideration must be** *physically received* **in our clerk's office within ten days of the date of decision to be deemed timely filed.**
**http://www.gaappeals.us/rules**

**July 31, 2019**

# In the Court of Appeals of Georgia

A17A0835. LA FONTAINE et al. v. SIGNATURE RESEARCH, INC.

MILLER, Presiding Judge.

In *La Fontaine v. Signature Research, Inc.*, 342 Ga. App. 454 (803 SE2d 609) (2017), this Court affirmed the trial court's dismissal of the underlying lawsuit on forum non conveniens grounds. The Supreme Court of Georgia, in *La Fontaine v. Signature Research, Inc.*, 305 Ga. 107 (823 SE2d 791) (2019), reversed the judgment of this Court. We therefore vacate our previous opinion, adopt the opinion of the Supreme Court as our own, and reverse the trial court's judgment.

*Judgment reversed. Doyle, P. J., and Reese, J., concur*.